1  GABRIEL A. JACKSON, State Bar No. 98119
   gaby@jjrlaw.com
2  JAMES J. O'BRIEN, State Bar No. 170035
   jobrien@jjrlaw.com
3  KERI A. DONOHUE, State Bar No. 226411
   kdonohue@jjrlaw.com
4  JACKSON JENKINS RENSTROM LLP
   55 Francisco Street, Sixth Floor
5  San Francisco, CA 94133
   Tel: (415) 982-3600
6  Fax: (415) 982-3700

7  Attorneys for Defendant
   GENERAL DYNAMICS CORPORATION
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11  GLORIA MCCLAIN, et al.,            Case No. 3:11-cv-03399-CRB

12              Plaintiffs,            NOTICE OF SUBSTITUTION OF COUNSEL
                                       FOR DEFENDANT GENERAL DYNAMICS
13          vs.                        CORPORATION AND [PROPOSED] ORDER

14  UNITED STATES STEEL
    CORPORATION, et al.,
15
                Defendants.
16

17

18      TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19      PLEASE TAKE NOTICE that, subject to approval by the court, Defendant General

20  Dynamics Corporation hereby substitutes Edward R. Hugo, State Bar Number 124839, of

21  Brydon Hugo and Parker as counsel of record in place of Jackson Jenkins Renstrom LLP.

22  The contact information for new counsel is as follows:

23              Edward R. Hugo, State Bar No. 124839
                BRYDON HUGO & PARKER
24              135 Main Street, 20th Floor
                San Francisco, CA 94105
25              Telephone: (415) 808-0300
                Facsimile: (415) 808-0333
26              Email: service@bhplaw.com

27

28

                                         1
NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION
AND [PROPOSED] ORDER

CONSENT TO SUBSTITUTION

I consent to the above substitution.

Dated: __9/3/2013__                    By: _____

I consent to being substituted.

Dated: __8/30/13__                    By: _____
                                          GABRIEL A. JACKSON
                                          JAMES J. O'BRIEN
                                          KERI A. DONOHUE

I consent to the above substitution.

Dated: __9/4/2013__                    By: _____
                                          EDWARD R. HUGO

The substitution of attorney is hereby approved.

**IT IS SO ORDERED:**

Dated: __Sept. 10, 2013__              By: _____

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION
AND [PROPOSED] ORDER